IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Dawson, Rosemary D | Case Number: 05 B 51128 |
| | Judge: Squires, John H |
| Printed: 11/11/08 | Filed: 10/12/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: November 7, 2008
Confirmed: November 30, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 36,000.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 32,318.15 |
| Priority: | | 0.00 |
| Administrative: | | 1,700.00 |
| Trustee Fee: | | 1,981.85 |
| Other Funds: | | 0.00 |
| Totals: | 36,000.00 | 36,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 1,700.00 | 1,700.00 |
| 2. | Wells Fargo Financial | Unsecured | 225.59 | 289.18 |
| 3. | Specialized Management Consultants | Unsecured | 315.51 | 404.45 |
| 4. | Discover Financial Services | Unsecured | 2,777.89 | 3,561.08 |
| 5. | World Financial Network Nat'l | Unsecured | 274.94 | 352.48 |
| 6. | World Financial Network Nat'l | Unsecured | 66.31 | 85.01 |
| 7. | RoundUp Funding LLC | Unsecured | 254.01 | 325.58 |
| 8. | Resurgent Capital Services | Unsecured | 1,389.64 | 1,781.46 |
| 9. | ECast Settlement Corp | Unsecured | 1,693.61 | 2,171.11 |
| 10. | Portfolio Recovery Associates | Unsecured | 2,275.89 | 2,917.47 |
| 11. | ECast Settlement Corp | Unsecured | 134.21 | 172.03 |
| 12. | Portfolio Recovery Associates | Unsecured | 1,054.55 | 1,351.84 |
| 13. | Resurgent Capital Services | Unsecured | 3,657.67 | 4,688.84 |
| 14. | Resurgent Capital Services | Unsecured | 4,711.29 | 6,039.49 |
| 15. | ECast Settlement Corp | Unsecured | 3,592.59 | 4,605.47 |
| 16. | Resurgent Capital Services | Unsecured | 2,786.93 | 3,572.66 |
| 17. | Taylor Bean And Whitaker Mortgage Compan | Secured | | No Claim Filed |
| 18. | Household Automotive Finance Corp | Secured | | No Claim Filed |
| 19. | Bank Of America | Unsecured | | No Claim Filed |
| 20. | Citgo Petroleum Corp | Unsecured | | No Claim Filed |
| 21. | Phillips Financial, Inc. | Unsecured | | No Claim Filed |
| 22. | Harris Trust & Savings Bank | Unsecured | | No Claim Filed |
| 23. | Household Automotive Finance Corp | Unsecured | | No Claim Filed |
| 24. | Shell Credit Card | Unsecured | | No Claim Filed |
| 25. | Direct Merchants Bank | Unsecured | | No Claim Filed |
| | | | $ 26,910.63 | $ 34,018.15 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Dawson, Rosemary D

Printed: 11/11/08

Case Number:  05 B 51128
Judge:  Squires, John H
Filed:  10/12/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 437.65 |
| 5% | 151.74 |
| 4.8% | 288.00 |
| 5.4% | 648.31 |
| 6.5% | 389.46 |
| 6.6% | 66.69 |
| | $ 1,981.85 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

